# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 10 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Ashmit Patel (3)

ORDERED UNSEALED on 09/28/2020  s/ JenniferS

### WARRANT FOR ARREST

Case Number: 20cr160-H-3

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Ashmit Patel (3)_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                 ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:371 - Conspiracy to Commit Securities Fraud, Manipulative Trading
15:78j(b), 78ff, 17:240.10b-5 - Securities Fraud
18:981(a)(1)(C), 28:2461(c) - Criminal Forfeiture

DATE: 7-11-22
ARRESTED BY: IA - FINGERPRINT RELEASE

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ S. Andersen | 1/8/2020 San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___No Bail___ by ___The Honorable Mitchell D. Dembin___
                                         Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |