UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR0160-H |
|---|---|
| v. | ORDER OF RESTITUTION |
| ASHMIT PATEL, | |
| Defendant. | |

IT IS HEREBY ORDERED:

1.  Pursuant to 18 U.S.C. § 3663A(a)(1), Defendant ASHMIT PATEL (hereinafter "Defendant") shall be ordered to pay restitution in the amount of $41,953.26, as a result of Defendant's conviction for conspiracy to commit securities fraud and manipulative trading, in violation of 18 U.S.C. § 371. Restitution shall be joint and several with BREHNAN KNIGHT (Case No. 21CR3465-H) and all co-defendants and co-conspirators ordered to pay restitution for the same losses.

2.  Restitution shall be paid to the victims listed in the attached VRSF Victim List in the specified amounts, pro rata. The VRSF Victim List shall be sealed.

3.  Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

4. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that Defendant has the ability to pay the restitution in full within 30 days of the entry of this Order.

5. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

6. Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

> Clerk of the Court
> United States District Court
> Southern District of California
> 333 West Broadway, Suite 420
> San Diego, CA 92101

7. If Defendant pays in full within 30 days as ordered, the Court the interest requirement is waived pursuant to 18 U.S.C. 3612(f)(3)(A). If Defendant fails to pay in full within 30 days, interest shall be imposed.

8. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

9. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

DATED: 1/29/24

HON. MARILYN L. HUFF
United States District Judge